Office Mailing Address:      Send Payments **ONLY** to:
Scott F. Waterman, Trustee      Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100      P.O. Box 680
Reading, PA  19606      Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 20-11961-AMC**

Michael L Salat      Petition Filed Date: 04/10/2020
39 North Park Drive      341 Hearing Date: 05/15/2020
Levittown  PA    19054      Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/11/2020 | $455.00 | | 06/11/2020 | $455.00 | | 07/13/2020 | $455.00 | |
| 08/12/2020 | $521.00 | | | | | | | |

**Total Receipts for the Period:  $1,886.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $1,886.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | | | | | |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,886.00 | Current Monthly Payment: | $521.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $188.60 | Total Plan Base: | $31,062.00 |
| Funds on Hand: | $1,697.40 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.