IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Michael L Salat | : | Chapter 13 |
| | : | |
| | : | Case No.  20-11961AMC |
| Debtor(s) | : | |

CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Application for Compensation filed at docket number 20

Dated:  August 20, 2020              /s/ Brad J. Sadek, Esquire
                                     Brad J. Sadek, Esquire
                                     Sadek and Cooper
                                     1315 Walnut Street, Suite 502
                                     Philadelphia, PA 19107
                                     215-545-0008