# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    Michael L. Salat | : | |
| | : | Bankruptcy Case No.: 20-11961-AMC |
|    Debtor(s) | : | |

## PRAECIPE TO WITHDRAW

Kindly withdraw the Motion to Approve Loan Modification and Modify Chapter 13 Plan and Notice of Motion filed on January 11, 2021 at Docket Entries #30 & #31.

DATED: 1/12/2021            BY:    */s/ Brad J. Sadek*
                                                             Brad J. Sadek, Esq.
                                                             Sadek and Cooper Law Offices
                                                              1315 Walnut Street, Suite 502
                                                              Philadelphia, PA 19107
                                                              215-545-0008
                                                              Attorney for Debtors