UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
|    Michael L. Salat | : | Chapter 13 |
| | : | Case No.: 20-11961-AMC |
|    Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Supplemental Application for Compensation and respectfully request that the Order attached to the Application be approved.

Dated: March 25, 2021                    /s/ Brad J. Sadek, Esquire
                                                                                 Brad J. Sadek, Esquire
                                                                                Sadek and Cooper Law Offices, LLC
                                                                                1315 Walnut Street, Suite 502
                                                                                Philadelphia, Pa 19107
                                                                                215-545-0008