| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-11961-AMC**

Michael L Salat
39 North Park Drive
Levittown  PA    19054

Petition Filed Date: 04/10/2020
341 Hearing Date: 05/15/2020
Confirmation Date: 09/16/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/11/2020 | $455.00 | | 06/11/2020 | $455.00 | | 07/13/2020 | $455.00 | |
| 08/12/2020 | $521.00 | | 09/15/2020 | $521.00 | | 10/13/2020 | $521.00 | |
| 11/13/2020 | $521.00 | | 12/14/2020 | $521.00 | | 01/12/2021 | $521.00 | |
| 02/12/2021 | $500.00 | | 03/12/2021 | $500.00 | | 04/12/2021 | $500.00 | |
| 05/12/2021 | $500.00 | | | | | | | |

**Total Receipts for the Period: $6,491.00    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $6,491.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | DISCOVER BANK<br>»»  001 | Unsecured Creditors | $3,189.05 | $0.00 | $3,189.05 |
| 2 | AMERICAN INFOSOURCE LP<br>»»  002 | Unsecured Creditors | $1,552.04 | $0.00 | $1,552.04 |
| 3 | NISSAN MOTOR ACCEPTANCE CORPORATION<br>»»  003 | Secured Creditors | $22,395.00 | $2,198.48 | $20,196.52 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  004 | Unsecured Creditors | $1,626.06 | $0.00 | $1,626.06 |
| 5 | QUANTUM3 GROUP LLC as agent for<br>»»  005 | Unsecured Creditors | $868.27 | $0.00 | $868.27 |
| 6 | WELLS FARGO<br>»»  06S | Secured Creditors | $948.10 | $93.07 | $855.03 |
| 7 | WELLS FARGO<br>»»  06U | Unsecured Creditors | $741.39 | $0.00 | $741.39 |
| 8 | PENNYMAC  LOAN SERVICES LLC<br>»»  007 | Mortgage Arrears | $17.87 | $17.87 | $0.00 |
| 0 | BRAD J SADEK ESQ | Attorney Fees | $2,440.00 | $2,440.00 | $0.00 |
| 0 | BRAD J SADEK ESQ | Attorney Fees | $1,200.00 | $1,200.00 | $0.00 |

**Chapter 13 Case No. 20-11961-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,491.00 | Current Monthly Payment: | $500.00 |
| Paid to Claims: | $5,949.42 | Arrearages: | $0.00 |
| Paid to Trustee: | $541.58 | Total Plan Base: | $29,991.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.