| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 20-11961-AMC

| | |
|---|---|
| Michael L Salat | Petition Filed Date: 04/10/2020 |
| 39 North Park Drive | 341 Hearing Date: 05/15/2020 |
| Levittown  PA    19054 | Confirmation Date: 09/16/2020 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/12/2021 | $500.00 | | 05/12/2021 | $500.00 | | 06/14/2021 | $500.00 | |
| 07/13/2021 | $500.00 | | 08/12/2021 | $500.00 | | 09/14/2021 | $500.00 | |
| 10/13/2021 | $500.00 | | 11/16/2021 | $500.00 | | 12/13/2021 | $500.00 | |
| 01/12/2022 | $500.00 | | 02/15/2022 | $500.00 | | 03/14/2022 | $500.00 | |
| 04/12/2022 | $500.00 | | 05/12/2022 | $500.00 | | 06/13/2022 | $500.00 | |
| 07/12/2022 | $500.00 | | | | | | | |

**Total Receipts for the Period:  $8,000.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $13,491.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | DISCOVER BANK<br>»»  001 | Unsecured Creditors | $3,189.05 | $0.00 | $3,189.05 |
| 2 | AMERICAN INFOSOURCE LP<br>»»  002 | Unsecured Creditors | $1,552.04 | $0.00 | $1,552.04 |
| 3 | NISSAN MOTOR ACCEPTANCE CORPORATION<br>»»  003 | Secured Creditors | $22,395.00 | $8,338.56 | $14,056.44 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  004 | Unsecured Creditors | $1,626.06 | $0.00 | $1,626.06 |
| 5 | QUANTUM3 GROUP LLC as agent for<br>»»  005 | Unsecured Creditors | $868.27 | $0.00 | $868.27 |
| 6 | WELLS FARGO<br>»»  06S | Secured Creditors | $948.10 | $352.99 | $595.11 |
| 7 | WELLS FARGO<br>»»  06U | Unsecured Creditors | $741.39 | $0.00 | $741.39 |
| 8 | PENNYMAC  LOAN SERVICES LLC<br>»»  007 | Mortgage Arrears | $17.87 | $17.87 | $0.00 |
| 0 | BRAD J SADEK ESQ | Attorney Fees | $2,440.00 | $2,440.00 | $0.00 |
| 0 | BRAD J SADEK ESQ | Attorney Fees | $1,200.00 | $1,200.00 | $0.00 |

Chapter 13 Case No. 20-11961-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,491.00 | Current Monthly Payment: | $500.00 |
| Paid to Claims: | $12,349.42 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,141.58 | Total Plan Base: | $29,991.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.