# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | |
| Michael L. Salat | : | Chapter 13 |
| | : | |
| | : | Case No.: 20-11961-AMC |
| Debtor(s) | : | |

## CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq., certify that a copy of the Debtor's Objection to Proof of Claim was served on the following parties by electronic means and/or regular US mail:

**Scott F. Waterman, Esq.**
Standing Chapter 13 Trustee

**Nissan Motor Acceptance Corporation**
c/o *Bonial & Associates, P.C.*
E-Service to: *POCinquiries@bonialpc.com*


Date: 1/31/2023

/s/ Brad J. Sadek
Brad J Sadek, Esq.
Attorney for the Debtor