# KEMPER

Kemper
PO Box 2843
Clinton, IA 52733-2843

Nissan Motor Acceptance
Attn: Total Loss Dept
8900 Freeport Parkway
Irving, TX 75063

## Claim payment

Policy underwritten by
Unitrin Safeguard Insurance Company

Named insured: Tamika Hickson

Claimant: Michael Salat
Claim number: 22124041853
Date of loss: November 19, 2022

Date of mailing: December 15, 2022

Coverage: Liability - Property Damage Coverage

Payment for: Claim 22124041853/ Vin 3N1AB7AP4HL714136

## Your claim payment

We attached a check representing payment on the above noted claim. For full explanation or if you have any questions, please contact your claims representative.

Kaswine Ramsey
Claims Team
T 800-353-6737, ext.8073266
F 888-976-2123
kramsey@kemper.com

---

Kemper
PO Box 2843
Clinton, IA 52733-2843
Trinity Universal Insurance Company

Policy Number: 1035660901
Claim Number: 22124041853
*Underwritten by:* Unitrin Safeguard Insurance Company

Issue Date: 12/15/2022
Loss Date: 11/19/2022

6252037260
66-156
531

PAY TO THE ORDER OF      Nissan Motor Acceptance

Eleven Thousand Eight Hundred One and 91/100                    Dollars        11,801.91

Wells Fargo Bank, N.A.

Void after 180 days from date issued

Memo: Payment for: Claim 22124041853/ Vin 3N1AB7AP4HL714136

⑈6252037260⑈ ⑆053101561⑆ 20799005985 7⑈