IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| **IN RE:** | : | |
| Michael L. Salat | : | Chapter 13 |
| | : | |
| | : | Case No.: 20-11961-AMC |
| Debtor(s) | : | |

# ORDER

AND NOW, this ____ day of_____, 2023, upon consideration of Debtor's Objection to Proof of Claim #3-1 filed by Nissan Motor Acceptance Corporation, it is hereby:

ORDERED AND DECREED that Proof of Claim #3-1 is settled.

~~Further Ordered~~ ~~Further Ordered~~

**Date: March 8, 2023**

Dated: _____

HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE