# IN THE UNITED STATES BANKRUPTCY COURT
## OF THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | Chapter 13 |
|---|---|---|
| Michael L. Salat | : | |
| | : | Case No.: 20-11961-AMC |
| Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection, or other responsive pleading has been filed in response to Debtor'(s) *Amended Motion to Modify Plan* and respectfully request that the Order attached to the Motion be entered.

Dated: March 24, 2023

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper Law Offices, LLC
1500 JFK Boulevard, Suite #220
Philadelphia, Pa 19102
brad@sadeklaw.com
215-545-0008