Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 20-11961-AMC**

Michael L Salat  
39 North Park Drive  
Levittown  PA    19054

Petition Filed Date: 04/10/2020  
341 Hearing Date: 05/15/2020  
Confirmation Date: 09/16/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/12/2022 | $500.00 | | 09/13/2022 | $500.00 | | 10/14/2022 | $500.00 | |
| 11/15/2022 | $500.00 | | 12/12/2022 | $500.00 | | 02/09/2023 | $200.00 | |
| 03/09/2023 | $200.00 | | 04/10/2023 | $425.00 | | 05/09/2023 | $425.00 | |
| 06/09/2023 | $425.00 | | 07/11/2023 | $425.00 | | | | |

**Total Receipts for the Period: $4,600.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $18,516.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $3,189.05 | $0.00 | $3,189.05 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $1,552.04 | $0.00 | $1,552.04 |
| 3 | NISSAN MOTOR ACCEPTANCE CORPORATION<br>»» 003 | Secured Creditors | $10,545.16 | $10,545.16 | $0.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $1,626.06 | $0.00 | $1,626.06 |
| 5 | QUANTUM3 GROUP LLC as agent for<br>»» 005 | Unsecured Creditors | $868.27 | $0.00 | $868.27 |
| 6 | WELLS FARGO<br>»» 06S | Secured Creditors | $446.39 | $446.39 | $0.00 |
| 7 | WELLS FARGO<br>»» 06U | Unsecured Creditors | $741.39 | $0.00 | $741.39 |
| 8 | PENNYMAC LOAN SERVICES LLC<br>»» 007 | Mortgage Arrears | $17.87 | $17.87 | $0.00 |
| 0 | BRAD J SADEK ESQ | Attorney Fees | $2,440.00 | $2,440.00 | $0.00 |
| 0 | BRAD J SADEK ESQ | Attorney Fees | $1,200.00 | $1,200.00 | $0.00 |
| 0 | BRAD J SADEK ESQ | Attorney Fees | $2,812.50 | $1,915.00 | $897.50 |

**Chapter 13 Case No. 20-11961-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,516.00 | Current Monthly Payment: | $425.00 |
| Paid to Claims: | $16,564.42 | Arrearages: | $225.00 |
| Paid to Trustee: | $1,564.83 | Total Plan Base: | $20,441.00 |
| Funds on Hand: | $386.75 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.