**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Michael L. Salat<br>　　　　　　　　　　Debtor(s)<br><br>PENNYMAC LOAN SERVICES, LLC<br>　　　　　　　　　　Movant<br>　　vs.<br><br>Michael L. Salat<br>　　　　　　　　　　Debtor(s)<br><br>Scott F. Waterman,<br>　　　　　　　　　　Trustee | BK NO. 20-11961 AMC<br><br>Chapter 13<br><br>Related to Claim No. 7 |

**CERTIFICATE OF SERVICE**
**NOTICE OF MORTGAGE PAYMENT CHANGE**

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on September 27, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Michael L. Salat
39 North Park Drive
Levittown, PA 19054

Attorney for Debtor(s)
Brad J. Sadek, Esq.
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

Trustee
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service:  electronic means or first class mail

Dated: September 27, 2022

　　　　　　　　　　　　　　　　　　　　**/s/Brian C. Nicholas Esquire**
　　　　　　　　　　　　　　　　　　　　Brian C. Nicholas Esquire
　　　　　　　　　　　　　　　　　　　　Attorney I.D. 317240
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　412-430-3594
　　　　　　　　　　　　　　　　　　　　bnicholas@kmllawgroup.com